# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0047. MARIO ROMOAN SULLIVAN v. THE STATE.**

Mario Romoan Sullivan pled guilty to burglary, armed robbery, impersonating an officer, false imprisonment, and two counts of aggravated assault. He subsequently filed a motion for an out-of-time appeal, which the trial court denied. Sullivan filed this application for discretionary appeal seeking to appeal the ruling.[1]

The denial of a motion for out-of-time appeal is directly appealable when the conviction at issue has not been the subject of a direct appeal. See *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010), overruled in part on other grounds by *Collier v. State*, 307 Ga. 363, 378 (834 SE2d 769) (2019); *Lunsford v. State*, 237 Ga. App. 696, 696 (1) (515 SE2d 198) (1999). We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Sullivan shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need

---

[1] Sullivan obtained an extension of time in which to file this application for discretionary appeal. See Case No. A22E0005 (Aug. 12, 2021).

not file a second notice. The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/15/2021__

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*